[No. 21957-3-II.  Division Two.  February 13, 1998.]

MADGE WALLIN, *Appellant*, v. THE CITY OF PORT TOWNSEND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-2-00449-8, William E. Howard, J., entered April 10, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

[No. 38351-5-I.  Division One.  December 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD LEE SHACKLEFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01673-8, Ronald L. Castleberry, J., entered March 20, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38686-7-I.  Division One.  December 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. REYES GARCIA-PELAYO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07770-2, Janice Niemi, J., entered April 30, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster and Becker, JJ.

[No. 39182-8-I.  Division One.  December 18, 1997.]

ROGER GRINOLDS, *Appellant*, v. FARMERS INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-02005-4, R. Joseph Wesley, J., entered July 14, 1996. *Affirmed* by unpublished per curiam opinion.